## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **In re:** | : | **Civil Action Nos.** | **18-CV-2201** |
| **THOMAS PICOZZI,** | : | | **18-CV-2235** |
| **Plaintiff** | : | | **18-CV-2238** |
| | : | | **18-CV-2239** |
| | : | | **18-CV-2277** |
| | : | | **18-CV-2324** |
| | : | | **18-CV-2327** |

## ORDER

**AND NOW**, this 8th day of June 2018, upon considering Thomas Picozzi's Motions to proceed *in forma pauperis* and complaints in the above seven civil actions and for reasons in the accompanying memorandum, it is **ORDERED**:

1.      Mr. Picozzi is **GRANTED** leave to proceed *in forma pauperis* in the above seven cases.

2.      Mr. Picozzi's Complaints in the above seven cases are **DISMISSED** and he may not file amended complaints in these seven cases.   We **DISMISS his claims with prejudice** except: state law claims in Nos. 18-2235, 18-2327      dismissed for lack of subject matter jurisdiction; or, a federal claim for malicious prosecution in No. 18-2277 under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), which are **DISMISSED without prejudice** to refiling his claims in state court or after his convictions are invalidated.

3.      On or before **June 18, 2018,** Mr. Picozzi shall **show cause** in a memorandum not exceeding fifteen pages as to why we should not require any future civil non-*habeas* cases which he seeks to pursue in this Court to be subject to our pre-filing review before granting the privilege of proceeding *in forma pauperis*.   His show cause memorandum should be entitled "Response to Show Cause Order" and filed under Docket No. 18-2201.   Absent his filing of a

timely Response to Show Cause Order, we may enjoin Mr. Picozzi's future *in forma pauperis* filings in this Court without further notice.

4.   The Clerk of Court shall **CLOSE** each of the above seven cases.

KEARNEY, J.